UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:07CV-00037-EHJ

CHARMAINE A. BRASHER            PLAINTIFF

VS.

MICHAEL J. ASTRUE,
Commissioner of Social Security            DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment is GRANTED for the Commissioner.

This is a final and appealable Order and there is no just cause for delay.

This 31st day of January 2008.

ENTERED BY ORDER OF THE COURT:

EDWARD H. JOHNSTONE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

JEFFREY A. APPERSON, CLERK

Copies:     Counsel of Record        BY:    s/ Carolyn DeBow, Deputy Clerk